SLR:LDM:BGK
F.# 2009R01969

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 25 2014 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------X

UNITED STATES OF AMERICA

   -against-

JULIO EDUARDO CHAPARRO ESCOBAR,

   Defendant.

----------------------------------X

FINAL ORDER
OF FORFEITURE

10-CR-0054 (JG)

WHEREAS, on or about May 4, 2012, the defendant, JULIO EDUARDO CHAPARRO ESCOBAR, pleaded guilty to Count One of the above-captioned Indictment, charging a violation of 18 U.S.C. § 1956(h);

WHEREAS, on October 24, 2013, the Court entered a Preliminary Order of Forfeiture (the "Preliminary Order"), wherein the defendant consented to the entry of a forfeiture money judgment in the amount of five hundred thousand dollars and no cents ($500,000.00) (the "Forfeiture Money Judgment");

WHEREAS, the defendant also consented to forfeit all right, title and interest in $154,260.00 in United States currency, seized from the defendant on or about June 30, 2009 at an address in Laurel Hollow, New York, and all proceeds traceable thereto (the "Forfeited Currency"), pursuant to 18 U.S.C. § 982(a) as property, real or personal, involved in his violation of 18 U.S.C. § 1956(h), or any property traceable to such property, and/or pursuant to 21 U.S.C. § 853(p) as substitute assets;

WHEREAS, pursuant to the Preliminary Order, and in accordance with the custom and practice in this district, the government published notice of the Preliminary Order, and of its intent to forfeit the Forfeited Currency on the government's official forfeiture website, www.forfeiture.gov, for thirty (30) consecutive days beginning on October 30, 2013, and ending on November 28, 2013; and

WHEREAS, no person or entity has asserted an interest in the Forfeited Currency or has otherwise requested an amendment to the Preliminary Order, or has sought additional time in which to do so, and the time has expired.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 982(a), 21 U.S.C. § 853(p), and the Preliminary Order of Forfeiture, all right, title, and interest in the Forfeited Currency is hereby condemned, forfeited, and vested in the United States of America.

2. The United States Department of Homeland Security, and its duly authorized agents and contractors be, and hereby are, directed to dispose of the Forfeited Currency in accordance with all applicable laws and regulations.

3. The United States District Court for the Eastern District of New York shall retain jurisdiction in the case for the purposes of enforcing the Preliminary Order and this Final Order of forfeiture and any supplemental orders of forfeiture as may be necessary.

4. The Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Order and the Preliminary Order of Forfeiture.

5. The Clerk of Court shall send by inter-office mail three (3) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York, 11201, ATTN: FSA Senior Law Clerk William K. Helwagen.

Dated: Brooklyn, New York
   March 24, 2014

>                s/John Gleeson
>                _____
>                HONORABLE JOHN GLEESON
>                UNITED STATES DISTRICT JUDGE